# EXHIBIT B



**24oz.**
**BPA Free**
**Double Wall**
**Plastic Tritan**
**Hydration Bottle**

Features:
- Shatterproof
- Does not absorb harmful chemicals
- Flip cap
- Smooth surface with no pores or cracks to hold bacteria
- 100% recyclable

Green Canteen

